UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MICHAEL LINDSLEY,

    Plaintiff,

    v.

Case No. 21-cv-403

HEARTLAND BUSINESS SYSTEMS, LLC

    Defendant

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO CIVIL LOCAL RULE 7.1**

The undersigned, counsel of record for Plaintiff, Michael Lindsley, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. Michael Lindsley

2. Not applicable

3. Walcheske & Luzi, LLC

Dated this 30th day of March, 2021

    WALCHESKE & LUZI, LLC
    Counsel for Plaintiff

    s/ *Scott S. Luzi*
    Scott S. Luzi, State Bar No. 1067405

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: sluzi@walcheskeluzi.com