UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MICHAEL LINDSLEY,

                                                  Case No. 21-CV-403

      Plaintiff,

vs.

HEARTLAND BUSINESS SYSTEMS, LLC,

      Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs to either party.

| | |
|---|---|
| Dated: February 18, 2022 | By: *s/ David M. Potteiger*<br>Scott S. Luzi, SBN 1067405<br>David M. Potteiger, SBN 1067009<br>Walcheske & Luzi, LLC<br>235 N. Executive Drive, Suite 240<br>Brookfield, Wisconsin 53005<br>Telephone: (262) 780-1953<br>Email: sluzi@walcheskeluzi.com<br>Email: dpotteiger@walcheskeluzi.com<br><br>*Attorneys for Plaintiff* |
| Dated: February 18, 2022 | By: *s/Elizabeth A. Odian*<br>Scott C. Beightol, SBN 1006422<br>Elizabeth A. Odian, SBN 1084776<br>790 North Water Street, Suite 2500<br>Milwaukee, WI 53202<br>Telephone: 414.271.6560<br>Email: scbeightol@michaelbest.com<br>Email: eaodian@michaelbest.com<br><br>*Attorneys for Defendant* |